IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | : : : | MDL 875 |
| This Document Relates To: | : : | |
| GEORGE DONALD ELLIS | : : | EDPA CIVIL NO.  10-83254 |
| v. | : : | |
| 3M COMPANY, et al. | : | |
| | | |
| SIDNEY WILLIAM MAUNEY | : : | EDPA CIVIL NO.  10-83255 |
| v. | : : | |
| AO SMITH CORP, et al. | : | |

**O R D E R**

And now, this 9th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that plaintiffs' Motion to Compel Relevant Defendants to Contribute to Cost of Discovery From Nonparty Duke Energy, Inc., (Ellis Doc. 147; Mauney Doc. 117) is GRANTED in part and DENIED in part. Within 7 days of the date of this order, by letter faxed to my chambers with a copy to all counsel, plaintiffs shall identify all defendants who requested and received a set of Phase I documents and the date the documents were provided.  Then, within 14 days of the date of this order, any defendant who requested and received Phase I Duke documents from

plaintiffs shall pay their pro rata share of $9,000 to plaintiffs.  Plaintiffs' motion is denied in all other respects.

It is also ordered that United Conveyor Corporation's Motion for Leave to Serve Supplemental Discovery (<u>Ellis</u> Doc. 170; <u>Mauney</u> Doc. 138) is DENIED.

                                        BY THE COURT:

                                        /S/ELIZABETH T. HEY

                                        _____
                                        ELIZABETH T. HEY
                                        UNITED STATES MAGISTRATE JUDGE